■    SALLY MOREHOUSE, Respondent, v VOLKSWAGEN ANTIENGESELLSCHAFT, Appellant.—Appeal from an order of the Supreme Court at Special

Term, entered July 13, 1978 in Albany County, denying defendant's motion to renew, or in the alternative, to vacate a previous order of the court. Order affirmed, with costs. (See *D'Agostino v Watt,* 67 AD2d 762.) Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.